Scott A. Sell; OSB#: 144297
THOMAS, COON, NEWTON & FROST LLP
820 SW Second Ave, Suite 200 Portland,
Oregon 97204
Phone: 503-228-5222
Fax: 503-273-9175
E-mail: ssell@tcnf.legal
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LAURA E. WALKER,<br><br>Plaintiff,<br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>Defendant. | Case No.: 3:24-cv-02054-CL<br><br>ORDER GRANTING MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the Plaintiff's motion, it is hereby ORDERED that attorney fees in the amount of $5,686.12 will be awarded to Plaintiff in care of her attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address: 820 SW 2nd Ave., Suite 200, Portland, OR 97204. There are no costs or expenses.

Dated this 4 day of November, 2026.

HON. MARK D. CLARKE
United States Magistrate Judge

Presented by:
Scott A. Sell
Thomas, Coon, Newton & Frost LLP
Attorney for Plaintiff